2017 ND 268

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Ron Alan MONTGOMERY, Defendant and Appellant**

**No. 20170170**

Supreme Court of North Dakota.

Filed 11/20/2017

Frederick R. Fremgen, State's Attorney, Valley City, ND, for plaintiff and appellee; submitted on brief.

Russell J. Myhre, Valley City, ND, for defendant and appellant; submitted on brief.

Per Curiam.

[¶ 1] Ron Montgomery appeals from a criminal judgment following a jury trial for violation of a disorderly conduct restraining order. Montgomery argues insufficient evidence existed to support the guilty verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶ 2] Gerald W. VandeWalle, C.J.

Daniel J. Crothers

Jon J. Jensen

Lisa Fair McEvers

Gary H. Lee, D.J.

[¶ 3] The Honorable Gary H. Lee, D.J., sitting in place of Tufte, J., disqualified.